Thomas F. Bertrand, State Bar No. 056560
Michael C. Wenzel, State Bar No. 215388
BERTRAND, FOX & ELLIOT
The Waterfront Building
2749 Hyde Street
San Francisco, California 94109
Telephone: (415) 353-0999
Facsimile:  (415) 353-0990
mwenzel@bfesf.com

Attorneys for Defendants
COUNTY OF ALAMEDA, ALAMEDA COUNTY
SHERIFF'S DEPARTMENT and GREGORY AHERN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELISA RAMIREZ, Guardian ad Litem for A.S., minor,<br><br>    Plaintiff,<br><br>v.<br><br>COUNTY OF ALAMEDA, ALAMEDA COUNTY SHERIFF'S DEPT., GREGORY AHERN, Sheriff,<br><br>    Defendants. | Case No. C12-4852-MEJ<br><br>**STIPULATED REQUEST TO EXTEND TIME TO RESPOND TO COMPLAINT; [PROPOSED] ORDER** |

The parties in the above-captioned case, by and through their counsel of record, hereby represent to the Court as follows:

1.      On September 14, 2012, Plaintiff filed the Complaint initiating the above-captioned action against the County of Alameda, Alameda County Sheriff's Department and Sheriff Gregory Ahern.

2.      On September 27, 2012, Plaintiff served the Complaint on the County of Alameda, Alameda County Sheriff's Department and Sheriff Gregory Ahern by personal service.

3.      Defendants County of Alameda, Alameda County Sheriff's Department and Sheriff Gregory Ahern's last day to file a responsive pleading to the Complaint is currently October 18, 2012.

4.  The parties stipulate to extend the time for defendants to respond to the Complaint through and including November 1, 2012.

DATED: October 24, 2012                     LAW OFFICES OF JOHN L. BURRIS

                                            By:  /s/ *DeWitt Lacy*
                                                 John L. Burris
                                                 DeWitt Lacy
                                                 Attorneys for Plaintiff
                                                 ELISA RAMIREZ, Guardian
                                                 ad Litem for A.S., minor

DATED: October 24, 2012                     BERTRAND, FOX & ELLIOT

                                            By:  /s/ *Michael C. Wenzel*
                                                 Thomas F. Bertrand
                                                 Michael C. Wenzel
                                                 Attorneys for Defendants
                                                 COUNTY OF ALAMEDA, ALAMEDA
                                                 COUNTY SHERIFF'S DEPARMENT and
                                                 GREGORY AHERN

**ORDER**

Upon the foregoing Stipulation, and for good cause shown, IT IS ORDERED that the time for Defendant to respond to the Complaint shall be extended to November 1, 2012.

Dated: October 25, 2012                     _____
                                            UNITED STATES CHIEF MAGISTRATE JUDGE

                                            *Judge Maria-Elena James*

---
2
STIPULATED REQUEST TO EXTEND TIME TO RESPOND TO COMPLAINT; [PROPOSED] ORDER