1  Thomas F. Bertrand, State Bar No. 056560
2  Michael C. Wenzel, State Bar No. 215388
   BERTRAND, FOX & ELLIOT
3  The Waterfront Building
   2749 Hyde Street
4  San Francisco, California 94109
   Telephone: (415) 353-0999
5  Facsimile:  (415) 353-0990
   mwenzel@bfesf.com
6
7  Attorneys for Defendants
   COUNTY OF ALAMEDA, ALAMEDA COUNTY
8  SHERIFF'S DEPARTMENT and GREGORY AHERN

9

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12

| | |
|---|---|
| 13  ELISA RAMIREZ, Guardian ad Litem for A.S., minor, | Case No. C12-4852-MEJ |
| 14 | |
| 15          Plaintiff, | **STIPULATED REQUEST TO EXTEND TIME TO** |
| 16  v. | **RESPOND TO COMPLAINT; [**~~PROPOSED~~**]** **ORDER** |
| 17  COUNTY OF ALAMEDA, ALAMEDA COUNTY SHERIFF'S DEPT., GREGORY | |
| 18  AHERN, Sheriff, | |
| 19          Defendants. | |
| 20 | |

21       The parties in the above-captioned case, by and through their counsel of record, hereby represent

22  to the Court as follows:

23       1.       On September 14, 2012, Plaintiff filed the Complaint initiating the above-captioned action

24  against the County of Alameda, Alameda County Sheriff's Department and Sheriff Gregory Ahern.

25       2.       On September 27, 2012, Plaintiff served the Complaint on the County of Alameda,

26  Alameda County Sheriff's Department and Sheriff Gregory Ahern by personal service.

27       3.       Defendants County of Alameda, Alameda County Sheriff's Department and Sheriff

28  Gregory Ahern's last day to file a responsive pleading to the Complaint was October 18, 2012.

1    4.    By Order dated October 25, 2012, this Court approved the parties' stipulation extending

2    defendants' time to respond to the complaint to November 1, 2012.

3    5.    On October 26, 2012 counsel for defendants sent meet and confer correspondence to

4    plaintiff's counsel regarding requesting plaintiff dismiss certain causes of action from the complaint in an

5    effort to avoid a motion to dismiss.

6    6.    While the parties have agreed on most issues raised in that correspondence, counsel for

7    plaintiff needs additional time to complete review of the correspondence and, if necessary, draft a first

8    amended complaint.

9    7.    The parties therefore stipulate to extend the time for defendants to respond to the

10   Complaint through and including November 15, 2012. An extension of this length will not interfere with

11   any deadlines currently pending on the Court's calendar.

12

13   DATED:  October 31, 2012                    LAW OFFICES OF JOHN L. BURRIS

14

15                                        By:  /s/ *DeWitt Lacy*_____

16                                              John L. Burris
                                                DeWitt Lacy
17                                              Attorneys for Plaintiff
                                                ELISA RAMIREZ, Guardian
18                                              ad Litem for A.S., minor

19

20   DATED:  October 31, 2012                    BERTRAND, FOX & ELLIOT

21

22                                        By:  /s/ *Michael C. Wenzel*_____

23                                              Thomas F. Bertrand
                                                Michael C. Wenzel
24                                              Attorneys for Defendants
                                                COUNTY OF ALAMEDA, ALAMEDA
25                                              COUNTY SHERIFF'S DEPARMENT and
                                                GREGORY AHERN

26

27

28

2

STIPULATED REQUEST TO EXTEND TIME TO RESPOND TO COMPLAINT; [PROPOSED] ORDER
*Ramirez v. County of Alameda, et al.*, United States District Court Case No. 3:12-cv-04852-MEJ

**ORDER**

Upon the foregoing Stipulation, and for good cause shown, IT IS ORDERED that the time for Defendant to respond to the Complaint shall be extended to November 15, 2012.


November 1, 2012
Dated: ~~October ____, 2012~~



CHIEF MAGISTRATE JUDGE

STIPULATED REQUEST TO EXTEND TIME TO RESPOND TO COMPLAINT; [PROPOSED] ORDER
*Ramirez v. County of Alameda, et al.,* United States District Court Case No. 3:12-cv-04852-MEJ