Thomas F. Bertrand, State Bar No. 056560
Michael C. Wenzel, State Bar No. 215388
BERTRAND, FOX & ELLIOT
The Waterfront Building
2749 Hyde Street
San Francisco, California 94109
Telephone: (415) 353-0999
Facsimile:  (415) 353-0990
mwenzel@bfesf.com

Attorneys for Defendants
COUNTY OF ALAMEDA, ALAMEDA COUNTY
SHERIFF'S DEPARTMENT and GREGORY AHERN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELISA RAMIREZ, Guardian ad Litem for A.S., minor,<br><br>    Plaintiff,<br><br>v.<br><br>COUNTY OF ALAMEDA, ALAMEDA COUNTY SHERIFF'S DEPT., GREGORY AHERN, Sheriff,<br><br>    Defendants. | Case No. C12-4852-MEJ<br><br>**STIPULATED REQUEST TO EXTEND TIME TO RESPOND TO COMPLAINT; [PROPOSED] ORDER** |

The parties in the above-captioned case, by and through their counsel of record, hereby represent to the Court as follows:

1. On September 14, 2012, Plaintiff filed the Complaint initiating the above-captioned action against the County of Alameda, Alameda County Sheriff's Department and Sheriff Gregory Ahern.

2. On September 27, 2012, Plaintiff served the Complaint on the County of Alameda, Alameda County Sheriff's Department and Sheriff Gregory Ahern by personal service.

3. Defendants County of Alameda, Alameda County Sheriff's Department and Sheriff Gregory Ahern's last day to file a responsive pleading to the Complaint was October 18, 2012.

1

STIPULATED REQUEST TO EXTEND TIME TO RESPOND TO COMPLAINT; [PROPOSED] ORDER
*Ramirez v. County of Alameda, et al.,* United States District Court Case No. 3:12-cv-04852-MEJ

4. By Order dated October 25, 2012, this Court approved the parties' stipulation extending defendants' time to respond to the complaint to November 1, 2012.

5. On October 26, 2012 counsel for defendants sent meet and confer correspondence to plaintiff's counsel regarding requesting plaintiff dismiss certain causes of action from the complaint in an effort to avoid a motion to dismiss.

6. While the parties have agreed on most issues raised in that correspondence, counsel for plaintiff needs additional time to complete review of the correspondence and, if necessary, draft a first amended complaint.

7. The parties therefore stipulate to extend the time for defendants to respond to the Complaint through and including November 15, 2012. An extension of this length will not interfere with any deadlines currently pending on the Court's calendar.

DATED: October 31, 2012                LAW OFFICES OF JOHN L. BURRIS

                                       By:  /s/ *DeWitt Lacy*
                                            John L. Burris
                                            DeWitt Lacy
                                            Attorneys for Plaintiff
                                            ELISA RAMIREZ, Guardian
                                            ad Litem for A.S., minor

DATED: October 31, 2012                BERTRAND, FOX & ELLIOT

                                       By:  /s/ *Michael C. Wenzel*
                                            Thomas F. Bertrand
                                            Michael C. Wenzel
                                            Attorneys for Defendants
                                            COUNTY OF ALAMEDA, ALAMEDA
                                            COUNTY SHERIFF'S DEPARMENT and
                                            GREGORY AHERN

STIPULATED REQUEST TO EXTEND TIME TO RESPOND TO COMPLAINT; [PROPOSED] ORDER
*Ramirez v. County of Alameda, et al.,* United States District Court Case No. 3:12-cv-04852-MEJ

1  **ORDER**

2  Upon the foregoing Stipulation, and for good cause shown, IT IS ORDERED that the time for
3  Defendant to respond to the Complaint shall be extended to November 15, 2012.

4

5  November 1, 2012
6  Dated: ~~October ___, 2012~~



CHIEF MAGISTRATE JUDGE

3
STIPULATED REQUEST TO EXTEND TIME TO RESPOND TO COMPLAINT; [PROPOSED] ORDER
*Ramirez v. County of Alameda, et al.*, United States District Court Case No. 3:12-cv-04852-MEJ