Thomas F. Bertrand, State Bar No. 056560
Michael C. Wenzel, State Bar No. 215388
BERTRAND, FOX & ELLIOT
The Waterfront Building
2749 Hyde Street
San Francisco, California 94109
Telephone: (415) 353-0999
Facsimile:  (415) 353-0990
mwenzel@bfesf.com

Attorneys for Defendants
COUNTY OF ALAMEDA, ALAMEDA COUNTY
SHERIFF'S DEPARTMENT and GREGORY AHERN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELISA RAMIREZ, Guardian ad Litem for A.S., minor,<br><br>        Plaintiff,<br><br>v.<br><br>COUNTY OF ALAMEDA, ALAMEDA COUNTY SHERIFF'S DEPT., GREGORY AHERN, Sheriff,<br><br>        Defendants. | Case No. C12-4852-MEJ<br><br>**STIPULATED REQUEST TO EXTEND TIME TO RESPOND TO COMPLAINT; [PROPOSED] ORDER** |

The parties in the above-captioned case, by and through their counsel of record, hereby represent to the Court as follows:

1.      On September 14, 2012, Plaintiff filed the Complaint initiating the above-captioned action against the County of Alameda, Alameda County Sheriff's Department and Sheriff Gregory Ahern.

2.      On September 27, 2012, Plaintiff served the Complaint on the County of Alameda, Alameda County Sheriff's Department and Sheriff Gregory Ahern by personal service.

3.      Defendants County of Alameda, Alameda County Sheriff's Department and Sheriff Gregory Ahern's last day to file a responsive pleading to the Complaint was October 18, 2012.

4. By Order dated October 25, 2012, this Court approved the parties' stipulation extending defendants' time to respond to the complaint to November 1, 2012.

5. On October 26, 2012 counsel for defendants sent meet and confer correspondence to plaintiff's counsel regarding requesting plaintiff dismiss certain causes of action from the complaint in an effort to avoid a motion to dismiss.

6. Prior to November 1, 2012, plaintiff's counsel indicated that he was agreeable to amending plaintiff's complaint as requested, including dismissal of the *Monell* liability claim, and indicated that he would prepare a stipulation and order for filing with the Court requesting leave from the Court to file the amended pleading.

7. Plaintiff's counsel provided a proposed stipulation and order on November 21, 2012 indicated that plaintiff would amend the original Complaint in this action and voluntarily dismiss the following causes of action against Defendants:

    a. The zone of privacy charges, which appears in both the First and Second causes of action in Plaintiff's original Complaint;

    b. Fourth Cause of Action for *Monell* liability in Plaintiff's original Complaint;

    c. Any claims for injunctive relief in Plaintiff's original Complaint;

    d. Any state law claims imposing direct liability on law enforcement agencies for negligent hiring, retention, training, supervision or discipline,

8. Prior to the stipulation being filed, on December 5, 2012, plaintiff's counsel contacted defense counsel and indicated plaintiff was now unwilling to voluntarily dismiss the *Monell* liability claim contained in the complaint.

9. Defendants intend to file a Motion to Dismiss that claim.

10. To allow defendants time to file their motion, the parties therefore stipulate to extend the time for defendants to respond to the Complaint through and including December 13, 2012, the date of the initial Case Management Conference in this action. Defendant would have brought its motion to dismiss earlier so as not to interfere with this Court's initial scheduling order but for plaintiff's counsel's change in position regarding a voluntary amendment of plaintiff's complaint.

1

2  DATED:  December 5, 2012                         LAW OFFICES OF JOHN L. BURRIS

3
                                                  By:  /s/ *DeWitt Lacy*
4                                                      John L. Burris
                                                       DeWitt Lacy
5                                                      Attorneys for Plaintiff
                                                       ELISA RAMIREZ, Guardian
6                                                      ad Litem for A.S., minor

7

8

9  DATED:  December 5, 2012                              BERTRAND, FOX & ELLIOT

10
                                                  By:  /s/ *Michael C. Wenzel*
11                                                      Thomas F. Bertrand
                                                        Michael C. Wenzel
12                                                      Attorneys for Defendants
                                                        COUNTY OF ALAMEDA, ALAMEDA
13                                                      COUNTY SHERIFF'S DEPARMENT and
                                                        GREGORY AHERN
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3
STIPULATED REQUEST TO EXTEND TIME TO RESPOND TO COMPLAINT; [PROPOSED] ORDER
*Ramirez v. County of Alameda, et al.,* United States District Court Case No. 3:12-cv-04852-MEJ

**ORDER**

Upon the foregoing Stipulation, and for good cause shown, IT IS ORDERED that the time for Defendant to respond to the Complaint shall be extended to December 20, 2012.

Dated: December _5_, 2012

_____
UNITED STATES CHIEF MAGISTRATE JUDGE
MARIA-ELENA JAMES

---

4
STIPULATED REQUEST TO EXTEND TIME TO RESPOND TO COMPLAINT; [PROPOSED] ORDER
*Ramirez v. County of Alameda, et al.,* United States District Court Case No. 3:12-cv-04852-MEJ