JOHN L. BURRIS, Esq. (SBN 69888)
DeWITT M. LACY, Esq. (SBN 258789)
THE LAW OFFICES OF JOHN L. BURRIS
Airport Corporate Center
7677 Oakport St., Suite 1120
Oakland, CA 94621
T: (510) 839-5200
F: (510) 839-3882
john.burris@johnburrislaw.com
dewitt.lacy@johnburrislaw.com

Attorneys for Plaintiff
ELISA RAMIREZ, Guardian ad Litem for A.S., minor

THOMAS F. BERTRAND, State Bar No. 056560
MICHAEL C. WENZEL, State Bar No. 215388
BERTRAND, FOX & ELLIOT
The Waterfront Building
2749 Hyde Street
San Francisco, California 94109
Telephone: (415) 353-0999
Facsimile:  (415) 353-0990
mwenzel@bfesf.com

Attorneys for Defendants
COUNTY OF ALAMEDA, ALAMEDA COUNTY
SHERIFF'S DEPARTMENT and GREGORY AHERN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELISA RAMIREZ, Guardian ad Litem for A.S., minor,<br><br>    Plaintiff,<br><br>v.<br><br>COUNTY OF ALAMEDA, ALAMEDA COUNTY SHERIFF'S DEPT, GREGORY AHERN, Sheriff,<br><br>    Defendants. | Case No. C12-4852-MEJ<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING MEDIATION COMPLIANCE DATE**<br><br><br><br><br><br>**Hon. Maria-Elena James** |

1

STIPULATION AND [PROPOSED] ORDER CONTINUING MEDIATION COMPLIANCE DATE
*Ramirez v. County of Alameda, et al.*,
U.S. District Court Case No. 3:12-cv-04852-MEJ

**STIPULATION**

Defendants COUNTY OF ALAMEDA, ALAMEDA COUNTY SHERIFF'S DEPARTMENT, and GREGORY AHERN, sheriff, and Plaintiff ELISA RAMIREZ, Guardian *ad Litem* for A.S., a minor by and through their respective attorneys of record, hereby stipulate as follows:

1. The parties' initial Case Management Conference was scheduled for December 13, 2012. Pursuant to the Court's Case Management Order issued on December 10, 2012, the Case Management Conference was vacated and the following discovery and dispositive motion deadlines were set:

    (A) Disclosure of Expert Witnesses and Expert Reports to be served by 9/13/2012;

    (B) Disclosure of Rebuttal Expert Witnesses to be served by 9/23/2013;

    (C) Non-Expert Discovery to be completed by 10/8/2013;

    (D) All Dispositive Motions shall be filed, served, and noticed by 11/7/2013; and

    (E) The Court shall hear dispositive motions no later than 12/12/2013.

2. By Order dated December 6, 2012, the parties were ordered to complete mediation within 120 days from the date of the order. The last day to complete mediation is therefore April 5, 2013.

3. On January 8, 2013, the parties were assigned to H. Jay Folberg for mediation.

4. At this time, Defendants are unable to meaningfully participate in mediation by April 5, 2013 for the following reasons:

    (a) Pursuant to the Initial Case Management Order and ADR Deadlines, Plaintiff's initial disclosures were due on December 6, 2012. Plaintiff did not serve their initial disclosures until January 8, 2013, thereby delaying initial discovery necessary for mediation.

    (b) Additionally, Defendants propounded written discovery on Plaintiff on January 15, 2013. Responses to the written discovery were due February 19, 2013. Defendants sent meet and confer correspondence on February 26, 2013, explaining that no responses were received by that date. Defendants extended Plaintiff's responsive deadline to March 5, 2013. To date, however, no responses have been received. Responses to the written discovery may result in the need for further discovery, including key witnesses.

    (c) Plaintiff's failure to provide responses to discovery has delayed Plaintiff's deposition. Defendants cannot proceed to mediation until Plaintiff's deposition is completed.

2

STIPULATION AND [PROPOSED] ORDER CONTINUING MEDIATION COMPLIANCE DATE
*Ramirez v. County of Alameda, et al.*,
U.S. District Court Case No. 3:12-cv-04852-MEJ

5. For all the good cause stated above, the parties respectfully request this Court extend the deadline to complete mediation until July 4, 2013, so that the parties can complete necessary discovery.

6. The parties' request for extension of the mediation compliance deadline will not interfere with any presently scheduled dates set by the Court.

7. The parties respectfully request that the Court approve this stipulation and incorporate its terms in an Order.

**IT IS SO STIPULATED.**

Dated: March 11, 2013                                              LAW OFFICES OF JOHN L. BURRIS

                                                                  By:   */s/ DeWitt Lacey*
                                                                        DeWitt M. Lacey
                                                                        Attorneys for Plaintiff
                                                                        ELISA RAMIREZ, Guardian ad Litem for A.S., minor

Dated:                                                            BERTRAND, FOX & ELLIOT

                                                                  By:   */s/ Michael Wenzel*
                                                                        Michael C. Wenzel
                                                                        Attorneys for Defendants
                                                                        COUNTY OF ALAMEDA, ALAMEDA COUNTY SHERIFF'S DEPARMENT and GREGORY AHERN

## ORDER

GOOD CAUSE APPEARING THEREFORE, and the parties' having stipulated to same, the parties' stipulation is hereby APPROVED. The deadline for the parties to complete mediation shall be continued until July 4, 2013.

**IT IS SO ORDERED.**

DATED:  March 12, 2013

                                                                  HONORABLE MARIA-ELENA JAMES
                                                                  United States Magistrate Judge