UNITED STATES DISTRICT COURT

Northern District of California

ELISA RAMIREZ, Guardian ad Litem for A.S., a minor,

                Plaintiff,

   v.

COUNTY OF ALAMEDA, ALAMEDA COUNTY SHERIFF'S DEPTARTMENT, GREGORY AHERN, Sheriff,

                Defendants.

No. C12-4852 MEJ

**ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO AMEND**

**Re: Docket No. 23**

## INTRODUCTION

Before the Court is Plaintiff's Motion for Leave to File First Amended Complaint. Dkt. No. 23. No opposition has been received pursuant to Civil Local Rule 7. The Court finds this matter suitable for disposition without oral argument and VACATES the May 9, 2013 hearing. Civ. Local Rule 7-1(b). The Court hereby GRANTS Plaintiff's Motion. Plaintiff shall separately e-file the amended complaint.

**IT IS SO ORDERED.**

Dated: April 19, 2013

                                                                        _____
Maria-Elena James
United States Magistrate Judge