THOMAS F. BERTRAND, State Bar No. 056560
MICHAEL C. WENZEL, State Bar No. 215388
BERTRAND, FOX & ELLIOT
The Waterfront Building
2749 Hyde Street
San Francisco, California 94109
Telephone: (415) 353-0999
Facsimile:  (415) 353-0990
mwenzel@bfesf.com

Attorneys for Defendants
ANTHONY MOSCHETTI

JOHN L. BURRIS, Esq., State Bar No. 69888
DeWITT M. LACY, Esq., State Bar No. 258789
THE LAW OFFICES OF JOHN L. BURRIS
Airport Corporate Center
7677 Oakport St., Suite 1120
Oakland, CA 94621
T: (510) 839-5200
F: (510) 839-3882
dewitt.lacy@johnburrislaw.com

Attorneys for Plaintiff
ELISA RAMIREZ, Guardian ad Litem for A.S., minor

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELISA RAMIREZ, Guardian ad Litem for A.S., minor,<br><br>    Plaintiff,<br><br>v.<br><br>COUNTY OF ALAMEDA, ALAMEDA COUNTY SHERIFF'S DEPT, GREGORY AHERN, Sheriff,<br><br>    Defendants. | Case No. 3:12-cv-04852-MEJ<br><br>**AMENDED ORDER CONTINUING MEDIATION COMPLIANCE DATE AND DISCOVERY/DISPOSITIVE MOTION DEADLINES**<br><br><br>**Hon. Maria-Elena James** |

1

AMENDED ORDER CONTINUING MEDIATION COMPLIANCE DATE AND DISCOVERY/DISPOSITIVE MOTION DEADLINES
*Ramirez v. County of Alameda, et al.*
U.S. District Court Case No. 3:12-cv-04852-MEJ

| | |
|---|---|
| 1 | AMENDED **ORDER** |
| 2 | GOOD CAUSE APPEARING THEREFORE, and the parties' having stipulated to same, the |
| 3 | parties' stipulation is hereby APPROVED. The deadline for the parties to complete mediation shall be |
| 4 | continued until July 4, 2013 to January 17, 2014. |
| 5 | The Court further orders the following deadlines: |
| 6 | (A)   Disclosure of Expert Witnesses and Expert Reports to be served by 2/14/2014; |
| 7 | (B)   Disclosure of Rebuttal Expert Witnesses to be served by 2/25/2014; |
| 8 | (C)   Non-Expert Discovery to be completed by 4/3/2014; |
| 9 | (D)   All Dispositive Motions shall be filed, served, and noticed by 5/2/2014; |
| 10 | (E)   The Court shall hear dispositive motions no later than 7/3/2014. |
| 11 | **IT IS SO ORDERED.** |

DATED: October 10, 2013

_____
HONORABLE MARIA-ELENA JAMES
United States Magistrate Judge