UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELISA RAMIREZ,<br><br>        Plaintiff,<br><br>    v.<br><br>K. RITTER, et al.,<br><br>        Defendants. | Case No.  12-cv-04852-MEJ<br><br>**ORDER VACATING DISPOSITIVE MOTION DEADLINE** |

On January 7, 2014, the Court granted the parties' stipulation to continue the discovery and mediation deadlines in this case. Dkt. No. 42. At that time, the parties did not request a continuance of the dispositive motion filing deadline. However, the Court's ADR Unit subsequently appointed a new mediator, Daniel Bowling, in this case on February 4, 2014. Dkt. No. 43. Given that the mediation process is ongoing, and dispositive motions are currently due before discovery is closed, the Court finds it appropriate to vacate the dispositive motion deadline so that the parties may focus on discovery and the mediation process. Accordingly, the Court VACATES the May 2, 2014 dispositive motion filing deadline and July 3, 2014 hearing date.[1] The parties shall file a joint status report within 14 days of completion of the mediation process.

**IT IS SO ORDERED.**

Dated: February 21, 2014

                                              MARIA-ELENA JAMES
                                              United States Magistrate Judge

---

[1] The Court previously vacated the trial date and related pretrial deadlines. *See* Dkt. No. 29 at 6.