UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| ELISA RAMIREZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COUNTY OF ALAMEDA, et al.,<br><br>　　　　Defendants.<br>_____/ | No. C 12-4852 MEJ<br><br>**ORDER RE: ATTENDANCE AT MEDIATION**<br><br>Date:　　　May 21, 2014<br>Mediator:　Daniel Bowling |

　　IT IS HEREBY ORDERED that the request to excuse named defendant Anthony Moschetti from appearing in person at the May 21, 2014, mediation before Daniel Bowling is GRANTED.

　　IT IS SO ORDERED.

April 28, 2014　　　　　　　　　By:　　*Elizabeth D. Laporte*
Dated　　　　　　　　　　　　　　　　　Elizabeth D. Laporte
　　　　　　　　　　　　　　　　　　　United States Chief Magistrate Judge