UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ELISA RAMIREZ, | Case No. 12-cv-04852-MEJ |
|---|---|
| Plaintiff, | **ORDER OF CONDITIONAL DISMISSAL** |
| v. | Re: Dkt. No. 48 |
| K. RITTER, et al., | |
| Defendants. | |

The Court, having been advised that the parties have agreed to a settlement of this case,

**IT IS HEREBY ORDERED** that this case be dismissed without prejudice; provided, however, that if any party hereto shall certify to this Court, within **ninety** days, with proof of service of a copy thereon on opposing counsel, that the agreed consideration for said settlement has not been delivered over, the foregoing Order shall stand vacated and this case shall forthwith be restored to the calendar to be set for trial.

**IT IS SO ORDERED.**

Dated: July 9, 2014

_____
MARIA-ELENA JAMES
United States Magistrate Judge